In the Matter of PHILLIP FRIES, Appellant, v JOANN PRICE-YABLIN, Respondent. [632 NYS2d 998] —Motion insofar as it seeks permission to appeal as a poor person granted and in all other respects denied. Memorandum: Appellant is required to file an original record consisting of all papers enumerated in CPLR 5526, which has either been stipulated to by the opposing party or settled by order of the Family Court Judge before whom the proceedings were had (22 NYCRR 1000.5). Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.

In the Matter of KEVIN M. WENKE, Respondent, v JANET L. WENKE, Appellant. [632 NYS2d 54] —Motion for leave to appeal denied. Memorandum: Absent any showing of exigent circumstances, Family Court erred in granting an ex parte order that transferred "placement" of the parties' son to the paternal grandparents without affording respondent mother any notice or opportunity to be heard in opposition to the bare allegations made by petitioner father. Under the circumstances of this case, had a timely application been made to this Court prior to the completion of visitation directed in the ex parte order, this Court would have granted leave to appeal and vacated such order pursuant to CPLR 5704 (a). Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.